UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

       Plaintiff,

       v.                                              Case No. 10-20388
                                                        Honorable Mark A. Goldsmith
D-1   LAMONTE WATSON, JR.,
D-2   ISAAC DENEL MEEKS,
D-3   SHAWN RENARD SMITH,
D-4   TIMOTHY GRAYSON,
D-5   ANTONIO WATSON,
D-6   HANSEL WILLIAMS,
D-7   TERRANCE ALEXANDER,
D-8   VOURICE MEEKS,
D-9   DUANE WILLIAMS,
D-10  DAMICHAEL WASHINGTON,
D-11  TRENCE WOODS,
D-12  LEMETRIUS KNAPP,
D-13  ROQUAN WESLEY,

       Defendants.
_____/

**ORDER (1) CONCERNING DOCKET ENTRY NOS. 140, 141, 235, 236, 237, 253, 264, (2)
RESCHEDULING THE HEARING FOR DOCKET ENTRY NOS. 255, 256, 275, AND (3)
SETTING FOR RENEWED HEARING DOCKET ENTRY NOS 186, 189, 190, AND 192**

       This matter is before the Court on the following motions:

    1)      Defendant Lamonte Watson, Jr.'s "Motion Objecting to Penalty
           Enhancement Filed Pursuant to 21 U.S.C. Section 851" (docket entry
           (D.E.) 235).

    2)      Defendant Lamonte Watson, Jr.'s "Motion to Require Government to
           Produce Names of Confidential Sources" (D.E. 236).

    3)      Defendant Lamonte Watson, Jr.'s "Motion to Merge Counts III and IV of
           the Indictment Based on Multiplicity of Counts" (D.E. 237).

    4)      Defendant Lamonte Watson, Jr.'s pro se motion for new counsel (D.E.
           246).

    5)      Defendant Roquan Wesley's "Motion for Severance" (D.E. 253).

6)      Defendant Lamonte Watson, Jr.'s request for an "Order Requiring Government's Stipulation Regarding Count VI Pursuant to Old Chief [v.] United States[, 519 U.S. 172 (1997)]" (D.E. 264).

In addition, two motions previously before the Court remain pending:

1)      Defendant Terrance Alexander's "Motion for Notice Under Rules 404(b) and 609 of the Federal Rules of Evidence" (D.E. 140)

2)      Defendant Terrance Alexander's "Motion and Demand for Disclosure of Exculpatory Evidence and Rule 16 Discovery Materials" (D.E. 141).

The Court held a hearing on all of the above motions on March 2, 2011.  The Court also met with counsel in chambers after the hearing regarding scheduling issues.  The Court orders as follows.

**Docket entry 235**

Pursuant to counsel's request, the hearing was adjourned with regard to Defendant Lamonte Watson, Jr.'s "Motion Objecting to Penalty Enhancement Filed Pursuant to 21 U.S.C. Section 851" (D.E. 235).  The hearing on this motion is continued to Wednesday, March 23, 2011 at 9:30AM.  Defense counsel is directed to submit any additional documentation it wishes the Court to consider by Wednesday, March 9, 2011.  Any response by the government is due by Wednesday, March 16, 2011.

**Docket entries 237 & 264**

The Court heard arguments regarding Defendant Lamonte Watson, Jr.'s "Motion to Merge Counts III and IV of the Indictment Based on Multiplicity of Counts" (D.E. 237) and request for an "Order Requiring Government's Stipulation Regarding Count VI Pursuant to Old Chief [v.] United States[, 519 U.S. 172 (1997)]" (D.E. 264).  These motions are taken under advisement.

**Docket entry 246**

At the hearing, Defendant Lamonte Watson, Jr. withdrew his pro se motion requesting new counsel (D.E. 246).

**Docket entry 253**

Pursuant to counsel's request, the hearing was adjourned with regard to Defendant Roquan Wesley's "Motion for Severance" (D.E. 253).  The hearing on this motion is continued to March 23, 2011 at 9:30AM.

**Docket entries 140, 141, & 236**

The Court heard argument concerning Defendant Terrance Alexander's "Motion for Notice Under Rules 404(b) and 609 of the Federal Rules of Evidence" (D.E. 140), Defendant Terrance Alexander's "Motion and Demand for Disclosure of Exculpatory Evidence and Rule 16 Discovery Materials" (D.E. 141), and Defendant Lamonte Watson, Jr.'s "Motion to Require Government to Produce Names of Confidential Sources" (D.E. 236).[1]  These motions remain pending.  After the hearing on March 23, 2011 at 9:30AM, the Court will hold a status conference with counsel to receive an update on any progress concerning the issues underlying these motions.

**Docket entries 255, 256, & 275**

Motions to Suppress by Defendant Timothy Grayson (D.E. 255), Defendant Antonio Watson (D.E. 256), and Defendant Lamonte Watson, Jr. (D.E. 275) had been previously scheduled for hearing on March 30, 2011 and April 5, 2011.  After consulting with counsel, the Court will reschedule the hearing on these motions to March 23, 2011 at 9:30AM.

---

[1] The Court notes that it received supplemental briefing concerning docket entries 140 and 141 from Defendant Terrance Alexander (D.E. 270) and Defendant Timothy Grayson (D.E. 272), along with a supplemental response from the government (D.E. 280).

**Renewed hearing -- docket entries 196, 189, 190, & 192**

The Court notes that it previously heard arguments regarding Defendant Damichael Washington's motion for an <u>Enright</u> hearing, (D.E. 190), Defendant Damichael Washington's motion for a bill of particulars (D.E. 189), Defendant Damichael Washington's "Motion for Disclosure of, and to Limit the Scope of, Expert Testimony Regarding Drug 'Lingo' or 'Code'" (D.E. 186), and Defendant Antonio Watson's "Motion to Limit Expert Testimony" (D.E. 192). The Court indicated that it would rule on these motions after having received the government's offer of proof and any responses to it.  The Court sets a renewed hearing on these motions for March 23, 2011 at 9:30AM for the purpose of addressing the implications of the offer of proof for those motions.

IT IS SO ORDERED.

Dated:  March 3, 2011                                    s/Mark A. Goldsmith
                                                         MARK A. GOLDSMITH
                                                         United States District Judge


<u>**CERTIFICATE OF SERVICE**</u>

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 3, 2011.

                                                         s/Deborah J. Goltz
                                                         DEBORAH J. GOLTZ
                                                         Case Manager