UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

D-1 LAMONTE WATSON, JR.,

      Defendant.
_____/

Criminal Action No.
10-CR-20388-1

HON. MARK A. GOLDSMITH

## ORDER STRIKING DOCKET ENTRY NO. 368

Defendant Lamonte Watson, Jr. is represented in this action by counsel, Robert J. Dunn. Nevertheless, acting *pro se*, Defendant filed a Motion for Order for Government Agents and Law Enforcement Officers to Retain Rough Notes (docket entry 368) on July 15, 2011.

Since Defendant is represented by counsel, Defendant is attempting to proceed in a "hybrid" fashion, both through counsel and *pro se* by way of his submission. *See McKaskle v. Wiggins*, 465 U.S. 168, 183 (1984). Although the Sixth Amendment guarantees defendants the right to conduct their own defense by representing themselves, *see Faretta v. California*, 422 U.S. 806 (1975), the right of self-representation does not include the right to proceed in a hybrid manner. *See McKaskle*, 465 U.S. at 183 ("*Faretta* does not require a trial judge to permit 'hybrid' representation"). *See also United States v. Mosely*, 810 F.2d 93, 97-98 (6th Cir. 1987) ("the question whether to allow a defendant to participate in his own defense along with counsel in 'hybrid representation' is a matter committed to the sound discretion of the trial court").

The Court, in the exercise of its discretion, will not permit Defendant to proceed in a hybrid manner. Therefore, Defendant's *pro se* submission—docket entry 368—is stricken from the record. Any relief sought by Defendant must be sought through counsel unless Defendant elects to exercise

his right to proceed without counsel.

       SO ORDERED.

Dated: July 15, 2011                  s/Mark A. Goldsmith
     Flint, Michigan              MARK A. GOLDSMITH
                                                   United States District Judge

## **CERTIFICATE OF SERVICE**

       The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 15, 2011.

                                              s/Deborah J. Goltz
                                              DEBORAH J. GOLTZ
                                              Case Manager