UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF
AMERICA,

          Plaintiff,

v.                                  Case No. 10-cr-20388
                                  Honorable Linda V. Parker

LAMONTE WATSON, JR.,

          Defendant.
_____/

**OPINION AND ORDER DENYING DEFENDANT LAMONTE WATSON, JR.'S MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE (ECF No. 943)**

On September 15, 2025, Lamonte Watson, Jr. filed a motion to modify conditions of his supervised release. (ECF No. 943.) In particular, Mr. Watson requests that the Court modify his conditions to be able to drive a truck regionally between border states. (*Id.* at PageID.13715-16.)

On October 3, 2025, the United States responded to Defendant's motion. The Government notes that Defendant began his term of supervised release on July 16, 2025, and has done very well throughout this period. (ECF No. 947 at PageID.13771.) Mr. Watson has engaged in behavior therapy, substance abuse treatment, and has passed all administered drug tests since his release and during his period of incarceration. (*Id.*; ECF No. 943 at Page ID.13715.)

The Court commends Mr. Watson for his efforts and acknowledges the great progress he has made both while incarcerated and throughout his period of supervised release. His commitment to personal growth and rehabilitation is evident and appreciated. However, the Court must deny his request to modify his conditions of supervised released at this time. The reasons for the denial are as follows: (1) Mr. Watson has been on supervised release for a relatively short period, so a meaningful pattern of compliance has yet to be established; (2) constant interstate travel would be difficult for this district — or any other district to which this matter could be reassigned — to effectively monitor his compliance with the terms of his supervised release. For example, it would be difficult to administer randomized drug tests if Mr. Watson is away from his home for extended periods of time.

Therefore, the Court will deny this motion **WITHOUT PREJUDICE**. This means that Mr. Watson may refile at a later date when: (a) a longer and consistent pattern of compliance with his supervise release terms has been established; and/or (b) Mr. Watson proposes an alternative method of utilizing his commercial driver's license that allows for closer supervision — such as short-haul driving that enables him to return home at the end of the workday.

Accordingly,

**IT IS ORDERED** that Defendant Lamonte Watson, Jr.'s Motion to Modify Conditions of Supervised Release (ECF No. 943) is **DENIED WITHOUT PREJUDICE.**

        s/ Linda V. Parker
        LINDA V. PARKER
        U.S. DISTRICT JUDGE

Dated: November 5, 2025

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, November 5, 2025, by electronic and/or U.S. First Class mail.

        s/Aaron Flanigan
        Case Manager